USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -v-                                  1:17-cr-290-GHW

    CHRISTIAN RIVERA,                          ORDER

                           Defendant.
------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

       The Court held an initial conference on a violation of supervised release on July 23, 2020, and scheduled a follow up conference for August 25, 2020 at 10:00 a.m. Counsel for the defendant filed a letter request, seeking to proceed via remote means for that conference and has provided a signed waiver from the defendant, waiving his in-court appearance. Dkt. No. 621.

       Accordingly, it is hereby

       ORDERED that a conference is scheduled for August 25, 2020 at 4:30 p.m. The conference will take place by Skype for Business videoconference. To access the conference, paste the following link into your browser:

    https://meet.lync.com/fedcourts-nysd/gregory_woods/YGT08LFC

       To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Users who do not have an Office 365 account may use the "Join as Guest" option. When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam,

---

[1] *See* Microsoft, *Install Skype for Business* (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

microphone, and headset or speakers are all properly configured to work with Skype for Business. For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

Call-in number:  1 (917) 933-2166

Conference ID:  311500772

Dated:  August 24, 2020

New York, New York

*Gregory H. Woods*
United States District Judge

---

[2] *See, e.g.*, Microsoft, *Skype for Business on Mac* (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.