USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                    :
                                             :
                -against-                    :
                                             :
CHRISTIAN RIVERA,                            :              1:17-cr-290-GHW
                                             :
                         Defendant.          :              ORDER
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     On October 23, 2020, the Court held a hearing regarding several alleged violations of

supervised release by the defendant, Christian Rivera.  The Court determined that the defendant had

not met his burden to show by clear and convincing evidence that he was not a danger to other

persons or the community, *see* F.R.Cr.P. 32.1(a)(6), and as a result ordered that the defendant be

remanded.  The Court ordered that the defendant surrender himself to the custody of the U.S.

Marshal at 500 Pearl Street, New York, New York 10007, on October 26, 2020, no later than 12:00

p.m.

     SO ORDERED.

Dated: October 23, 2020

_____
GREGORY H. WOODS
United States District Judge