UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                 :

UNITED STATES OF AMERICA,          :
                                 :

          -v-                    :                  1:17-cr-0290-GHW-17
                                 :

CHRISTIAN RIVERA,            :                 <u>ORDER</u>
                        Defendant. :
-------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A remote proceeding is scheduled in this matter on November 23, 2020 at 10:30 a.m.

Members of the public who wish to audit the proceeding may do so using the following dial-in

information:  (888) 557-8511; Access Code: 7470200.

SO ORDERED.

Dated:  November 18, 2020
New York, New York                _____
                             GREGORY H. WOODS
                         United States District Judge