**MEMORANDUM ENDORSED**

*KIRTON LAW FIRM*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2021

*Marlon G. Kirton, Esq.*

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

January 14, 2021

VIA ELECTRONIC FILING

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Christian Rivera, 17 cr. 290-17 (GHW)*

Dear Judge Woods:

    Mr. Rivera is charged with violating the terms of his supervised release. This Court remanded him upon recommendation of the Government. Mr. Rivera pleaded guilty to the specifications agreed upon by the parties. The Court set January 20, 2021, for a sentencing hearing. The defense requests an adjournment of the sentencing hearing.

    The defense continues to search for an available in-patient drug program for Mr. Rivera. Mr. Rivera has a substance abuse issue. He would benefit from an in-patient drug program as part of his sentence. There are very few options in New York City. The defense mitigation specialist located a few facilities in upstate New York. The efforts to get Mr. Rivera admitted is ongoing. The defense requests a 30-day adjournment of the sentencing hearing. I have the consent of the Government for this request.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

1

cc: Sarah Krissoff, Assistant United States Attorney (via electronic mail)

Application granted. The sentencing scheduled for January 20, 2021 is adjourned to February 24, 2021 at 9:00 a.m. The Court understands that the defendant consents to proceed by remote means. If that is incorrect, counsel for the defendant is directed to advise the Court of that fact no later than January 21, 2021. In the event that the defendant is willing to consent to proceed by remote means, the Court directs that counsel for the defendant submit an executed consent form to the Court no later than one week prior to the sentencing proceeding.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 639.

SO ORDERED.
January 14, 2021

_____
GREGORY H. WOODS
United States District Judge