UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                               :

UNITED STATES OF AMERICA,         :

                            -v-                                          :                          1:17-cr-0290-GHW-17

CHRISTIAN RIVERA,                        :                                  <u>ORDER</u>

                                  Defendant.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        A remote sentencing hearing on the defendant's violation of supervised release is scheduled for March 12, 2021 at 9:00 a.m. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (855) 268-7844; Access Code: 67812309#; PIN: 9921299.

        SO ORDERED.

Dated: March 9, 2021
New York, New York

                                                  GREGORY H. WOODS
                                              United States District Judge